ACCEPTED
09-17-00093-CR
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/11/2017 10:35 AM
CAROL ANNE HARLEY
CLERK

NO. 09-17-00093-CR

IN THE COURT OF APPEALS
NINTH DISTRICT OF TEXAS AT
BEAUMONT

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/11/2017 10:35:02 AM
CAROL ANNE HARLEY
Clerk

ROBERTO ISMAIEL ALVARADO
Appellant,

vs.

THE STATE OF TEXAS,
Appellee

On Appeal from the 253RD Judicial District Court of
of Liberty County; Trial Court Cause No. CR32361

# ANDERS BRIEF

**ORAL ARGUMENT IS NOT REQUESTED**

**WALTER P. FONTENOT**
**State Bar No. 07218500**
**Law Office of Walter P. Fontenot**
**414 Main St.**
**Liberty, Texas  77575**
**Telephone: (936) 336-8753**
**Facsimile: (936) 336-6531**
**Email:  walterpfontenot@yahoo.com**

**ATTORNEY FOR APPELLANT,**
**ROBERTO ISMAIEL ALVARADO**

# IDENTITY OF PARTIES AND COUNSEL

The parties to this appeal are:

**APPELLANT:**

1.  Roberto Ismaiel Alvarado
    TDC #02123118
    Berry Telford Unit
    3899 SH 98
    New Boston, Texas  75575

2.  Attorney of Record:        Walter P. Fontenot
    Law Office of Walter P. Fontenot
    414 Main St.
    Liberty, Texas  77575
    Telephone: (936) 336-8753
    Email:  walterpfontenot@yahoo.com

3.  Trial Counsel:        Frumencio Reyes, Jr.
    Reyes & Reyes-Castillo, P.C.
    3213 Houston Ave.
    Houston, Texas  77009
    Telephone:  (713) 864-4700

**APPELLEES:**

1.  The State of Texas
    Liberty County District Attorney's Office
    1923 Sam Houston St., Ste. 112
    Liberty, Texas  77575

2.  Attorney of Record:        Logan Pickett
    District Attorney
    Liberty County District Attorney's Office
    1923 Sam Houston St., Ste. 112
    Liberty, Texas 77575
    Telephone: (936) 336-4609
    Facsimile:  (936) 336-4644

# TABLE OF CONTENTS

IDENTITY OF PARTIES AND COUNSEL.................................................................i

TABLE OF CONTENTS..............................................................................ii

INDEX OF AUTHORITIES...........................................................................iii

STATEMENT OF THE CASE.........................................................................iv

GROUND OF ERROR................................................................................v

(ARGUMENT AND AUTHORITIES ON GROUND OF ERROR)

STATEMENT OF FACTS............................................................................vi

SUMMARY OF ARGUMENT.........................................................................vii

## GROUND OF ERROR

## NO ARGUABLE ISSUES EXIST IN THE

## CASE OF REVERSIBLE ERROR

PRAYER.................................. .......................................................viii

CERTIFICATE  OF  SERVICE.....................................................................ix

# INDEX OF AUTHORITIES

**CASES**

1. *Anders v. California*, 386 U.S. 738 (1967)

2. *Gainous v. State of Texas*, 436 S.W.2d 137 (Tex. Crim. App. 1969)

3. *Meza v. State of Texas*, 206 S.W.3d 684 (Tex. Crim. App. 2006)

## TO THE HONORABLE JUDGES OF THE NINTH COURT OF APPEALS:

COMES NOW, ROBERTO ISMAIEL ALVARADO, Appellant, by and through his attorney, Walter P. Fontenot, and, presents this appellate brief regarding the jury's verdict and sentence in this case.

## STATEMENT OF THE CASE

Appellant was indicted for the offense of Capital Murder. Through plea negotiations between Appellant's trial counsel and the State's Attorney, Appellant pleaded guilty to the lesser included offense of Murder. The case then proceeded to the punishment phase before a jury, who assessed Appellant's punishment at sixty-five (65) years incarceration in TDCJ. Appellant filed Notice of Appeal.

**Trial Court's Disposition:**

The trial judge rendered a Judgment sentencing Appellant to sixty-five (65) years confinement in TDCJ.

# GROUND OF ERROR

## NO ARGUABLE ISSUES OF REVERSIBLE ERROR
## EXIST IN THE CASE

### ARGUMENT AND AUTHORITIES

This brief is an Anders brief in support of appellate counsel's motion to withdraw.

In compliance with the Anders procedure, as set forth in *Meza v. State of Texas*, 206

S.W.3d 684 (Tex. Crim. App. 2006), appellate counsel has filed the following:

1.   Motion to Withdraw.

2.   Notice of Filing of Anders Brief, which includes a copy of the letter to the Appellant informing him that:

(A)   Counsel has provided Appellant with a copy of the brief,

(B)   Counsel has informed Appellant of his rights to:

(a)   Review the record

(b)   File a brief or other response on his own behalf

(c)   Pursue a Petition for Discretionary Review in the Texas Court of Criminal Appeals should the Court of Appeals deny him relief on appeal.

v.

## STATEMENT OF FACTS

As stated previously, Appellant was charged with the offense of Capital Murder. Through plea negotiations, Appellant pleaded guilty to the lesser included offense of Murder, and it was agreed between counsel that a jury would be empanelled to assess punishment. Therefore, since the guilt/innocence phase of the trial was disposed of by a plea bargain, a review of those proceedings revealed no reversible error.

The punishment phase of the trial consisted of seven volumes, comprising several hundred pages. All seven volumes were perused. Trial counsel made only one objection during the punishment phase of the trial, which concerned the State's witness's failure to prove chain of custody (S.F. Vol. 5, P. 255). The objection was overruled; however, trial counsel's cross examination of the State's witness concerning failure to prove chain of custody was cured through trial counsel's cross examination.

In conclusion, since there was no objection in the guilt/innocence phase of the trial and only one objection made as articulated previously (which was cured during cross examination of said witness), no reversible error was found. Finally, no fundamental (constitutional) error was found upon review of the record.

## SUMMARY OF THE ARGUMENT

Appellate Counsel, in compliance with *Anders v. California*, 386 U.S. 738 (1967), and *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969), has diligently reviewed the appellate record and is of the opinion that the record reflects no reversible error and that there is no error upon which an appeal can be predicated.

By separate correspondence, Appellate Counsel has provided Appellant with a copy of the *Anders* Brief filed on his behalf. Appellate Counsel has also advised Appellant that he has the right to file a *pro se* brief.

## PRAYER FOR RELIEF

Appellate Counsel respectfully prays that this Court review the brief herein along with the record of the proceedings to determine if the undersigned attorney is correct in his assertion that the appeal is wholly frivolous. Appellate counsel further prays that this Court allow Counsel to withdraw from further prosecution of this appeal.

Respectfully submitted,

**WALTER P. FONTENOT**
State Bar No. 07218500
414 Main St.
Liberty, Texas 77575
Telephone: (936) 336-8753
Facsimile: (936) 336-6531
Email: walterpfontenot@yahoo.com

**ATTORNEY FOR APPELLANT,**
**ROBERTO ISMAIEL ALVARADO**

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing ANDERS BRIEF has been served in the following manner on this the 11th day of December, 2017, to the following parties:

___ CMRRR
___ Regular mail
___ Fax
✓ E-mail

Logan Pickett, District Attorney
Liberty County District Attorney's Office
1923 Sam Houston, Ste. 112
Liberty, TX 77575

✓ CMRRR
✓ Regular mail
___ Fax
___ E-mail

Roberto Ismaiel Alvarado
TDC # 02123118
Berry Telford Unit
3899 SH 98
New Boston, TX 75575

**WALTER P. FONTENOT**